DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

CRIS CAMPBELL VAUGHAN, *Cal. Bar No.: 99568*
KHUSHPREET R. MEHTON*, Cal. Bar No.: 276827*
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Ste. 800
Loomis, CA 95650
Tel: 1-833-481-1245 / Fax: 916-660-9378
Email: cvaughan@adasolutionsgroup.com;
kmehton@adasolutionsgroup.com

*Attorneys for Defendants*: **Cal West Trades Best, Inc., Michael W. Casey, and Theresa M. Casey**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                Plaintiff,<br><br>  v.<br><br>**CAL WEST TRADES BEST, INC.**, as an entity and doing business as "Cal West Motors", **MICHAEL W. CASEY**, as an individual and trustee of the Michael W. Casey and Theresa M. Casey 2006 Revocable Trust dated April 26, 2006, **THERESA M. CASEY**, as an individual and trustee of the Michael W. Casey and Theresa M. Casey 2006 Revocable Trust dated April 26, 2006, and **DOES** 1-50, Inclusive,<br><br>Defendants. | Case No.: 3:19-cv-3636-JCS<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  February 27th, 2023                                  /s/Daniel Malakauskas_____
                                                            By: Daniel Malakauskas, of,
                                                            MALAKAUSKAS LAW, APC,
                                                            Attorney for Plaintiff

Date:  February 27th, 2023                                  /s/Khushpreet R. Mehton_____
                                                            By: Khushpreet R. Mehton, of,
                                                            VAUGHAN & ASSOCIATES LAW
                                                            OFFICE, APC, Attorneys for
                                                            Defendants

Dated: February 28, 2023

